Hi, my name is Antrell Lewis. I'm currently incarcerated in FCI McDowell inmate #16596029. I recently received a letter from one Nova D. Janssen a public Defender for the Northern and Southern Districts of Iowa. In that letter he explained how and why I don't qualify for the Amendment 821 reduction. I'm writing this letter to request that the motion and the Supplemented motion I filed behind it requesting a reduction in sentence under the Amendment 821 be withdrawn. I'd like to apologize for not thoroughly investigating the new Amendment and getting a thorough understanding of how it works and what it takes to qualify.

— Sincerely Antrell Lewis
*Antrell Lewis*
9-9-24

Antrell Lewis 16596029
FCI McDowell
P.O. Box 1009
Welch, WV 24801

CHARLESTON WV 250
10 SEP 2024 PM 3 L

9.10.24 EB

Clerk of Court
111 7th St NE
Cedar Rapids, IA 52401

52401-210312